**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorneys for RANDALL ZEDOINS RATLIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RANDALL ZEDOINS RATLIFF,<br><br>    Defendant. | **Docket Number:** 1:15-cr-00004-AWI-2<br><br>JOINT MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c) and ORDER |

1. The parties by and between the parties hereto, through their respective counsel, Bayleigh Pettigrew, Assistant United States Attorney, counsel for plaintiff, and Karen L. Lynch of Karen L. Lynch, Inc. appointed federal panel member for Defendant RANDALL ZEDOINS RATLIFF

2. hereby move pursuant to 18 U.S.C. § 3564(c) to terminate early the Defendant RANDALL ZEDOINS RATLIFF's, probation because Defendant RANDALL ZEDOINS RATLIFF has satisfied all conditions of probation including volunteer hours, more than three months ago. Presently, the Defendant RANDALL ZEDOINS RATLIFF's probation is set to expire one year from December 17, 2014 or on December 17, 2015.

1

3. Defendant RANDALL ZEDOINS RATLIFF was sentenced by this court on December 17, 2014 to a) unsupervised probation and to obey on law, b) pay a special assessment of $25 to the Clerk, USDC, c) complete 100 hours of community service by September 17, 2015 and d) appear at the October 1, 2015 10 am Probation Review Hearing in front of Magistrate Judge Stanly A. Boon.

4. Defendant RANDALL ZEDOINS RATLIFF's has completed all his sentencing obligations by paying a special assessment and completing 100 hours community service more than 3 months ago and has obeyed all laws.  Therefore the parties request termination of Defendant RANDALL ZEDOINS RATLIFF's probation at this time.

The Defendant RANDALL ZEDOINS RATLIFF's has a review hearing presently set for October 1, 2015 at 10 am in Courtroom 9.  The parties also move that the review hearing date should be vacated if the motion is granted.

WHEREFORE, the Plaintiff and Defendant RANDALL ZEDOINS RATLIFF's request that the Defendant's RANDALL ZEDOINS RATLIFF's term of probation be terminated early pursuant to 18 U.S.C. § 3564(c).

DATED: Sept. 18, 2015          /s/ Karen L. Lynch
                               Karen L. Lynch, Counsel for Defendant
                               RANDALL ZEDOINS RATLIFF

DATED: Sept. 18, 2015          /s/ Bayleigh J. Pettigrew
                               BAYLEIGH J. PETTIGREW
                               Special Assistant U.S. Attorney

**ORDER**

Pursuant to the Plaintiff's and Defendant RANDALL ZEDOINS RATLIFF's joint motion to terminate early Defendant RANDALL ZEDOINS RATLIFF's term of probation, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satisfied that such action is warranted by the conduct of the Defendant RANDALL ZEDOINS

RATLIFF's and that the termination is in the interest of justice and hereby discharges the Defendant RANDALL from his probationary term under 18 U.S.C. § 3564(c).

The review hearing presently scheduled for October 1, 2015 at 10:00 am in Courtroom 9 is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **September 22, 2015**

UNITED STATES MAGISTRATE JUDGE